EXHIBIT "B"

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-3916.

Your Receipt Number is the following:

**201300007214**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

4/29/2013 2:09 AM
Claimant Last Name:Trujillo
Claimant First Name:Marco



**New York City Comptroller**
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-A

# Personal Injury Claim Form

Electronically filed claims must be filed at the NYC Comptroller's Website. If your claim is not resolved within 1 year and 90 days from the date of occurrence you must start legal action to preserve your rights.

**I am filing:**  ◯ On behalf of myself.

◯ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Relationship to the claimant: | |

◉ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | The Sanders Firm, P.C. |
| Firm or First Name: | |
| Address: | 1140 Avenue of the Americas |
| Address 2: | 9th Floor |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10036 |
| Tax ID: | 272909988 |
| Phone #: | 8003714835 |
| *Email Address: | esanders@thesandersfirmpc.com |
| Retype email Address: | esanders@thesandersfirmpc.com |

**Claimant Information**

| | |
|---|---|
| *Last Name: | Trujillo |
| *First Name: | Marco |
| Address: | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |
| Country: | USA |
| Date of Birth: | *Format: MM/DD/YYYY* |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | *Format: MM/DD/YYYY* |
| Phone: | |
| *Email Address: | |
| Retype email Address: | |
| Occupation: | |
| City Employee? | ◉ Yes  ◯ No  ◯ NA |
| Gender | ◉ Male  ◯ Female  ◯ Other |

*\* Denotes required fields. The email of the Claimant or Attorney is required.*



**New York City Comptroller**
**John C. Liu**

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## The time and place where the claim arose

| | |
|---|---|
| *Date of Incident: | 04/19/2013  *Format: MM/DD/YYYY* |
| Time of Incident: | *Format: HH:MM AM/PM* |
| *Location of Incident: | Inside of Patrol Borough Manhattan South |
| Address: | 524 West 42nd Street |
| Address 2: | 3rd Floor |
| City: | New York |
| State: | NEW YORK |
| Borough: | MANHATTAN (NEW YORK) |

*Manner in which claim arose:* See attached

## Medical Information

| | |
|---|---|
| 1st Treatment Date: | 4/19/2013  *Format: MM/DD/YYYY* |
| Hospital/Name: | Bellevue Hospital |
| Address: | 462 1st Avenue |
| Address 2: | Emergency Room |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10016 |
| Date Treated in Emergency Room: | 04/19/2013  *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?   ◯ Yes   ● No   ◯ NA

## Employment Information (If claiming lost wages)

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

## Treating Physician Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

**The items of damage or injuries claimed are (include dollar amounts):** Emotional distress and other compensatory damages for injuries to the neck, upper back and left shoulder $15,000,000.00

* Denotes required field(s).


New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

### Witness 1 Information

| | |
|---|---|
| Last Name: | McLaughlin |
| First Name: | Traci |
| Address | PBMS Anti-Crime Unit |
| Address 2: | 524 West 42nd Street |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10036 |

### Witness 2 Information

| | |
|---|---|
| Last Name: | Bellagamba |
| First Name: | Michael |
| Address | PBMS Anti-Crime Unit |
| Address 2: | 524 West 42nd Street |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10036 |

### Witness 3 Information

| | |
|---|---|
| Last Name: | Ahlfeld |
| First Name: | Eric |
| Address | PBMS Anti-Crime Unit |
| Address 2: | 524 West 42nd Street |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10036 |

### Witness 4 Information

| | |
|---|---|
| Last Name: | Doonan |
| First Name: | Thomas |
| Address | PBMS Anti-Crime Unit |
| Address 2: | 524 West 42nd Street |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10036 |

### Witness 5 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

### Witness 6 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

Case 1:14-cv-08501-PGG   Document 1-2   Filed 10/24/14   Page 6 of 9</a



**New York City Comptroller**
**John C. Liu**

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## Complete if claim involves a NYC vehicle

### Owner of vehicle claimant was traveling in

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

### Non-City vehicle driver

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

### Insurance Information

| Field | Value |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

### Non-City vehicle information

| Field | Value |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

### City vehicle information

| Field | Value |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ○ Other

---

**Total Amount Claimed:** $15,000,000.00   *Format: Do not include "$" or ","*.

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident*
*Manner in which claim arose*

---

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*

Claimant alleges that from 2008 through April 2010, he was assigned to the Intelligence Division. He was transferred from this sensitive assignment after being falsely accused of failing to follow search warrant protocols by Respondent Inspector John Danberry (Caucasian Male). Claimant alleges that since the aforementioned allegation filed by Respondent Inspector Danberry was without legal merit, he then falsely charged him with transporting a prisoner in an unauthorized police vehicle. However, after Claimant received Charges and Specifications, he was found 'NOT GUILTY' of any alleged misconduct after the Trial Commissioner determined that the auto was assigned to him by the federal government due to the nature of his assignment. Shortly thereafter, Claimant was unceremoniously transferred out of the Intelligence Division to the 13th Precinct.

Claimant alleges that from April 2010 through June 2012, he was assigned as one of the patrol supervisors and worked several different assignments.

Claimant alleges that in or around December of 2011, Respondent Deputy Inspector John D'Adamo (Caucasian Male – Bronx Ticket Scandal) tried to coerce him to voluntarily transfer into the Patrol Borough Manhattan South Anti-Crime Unit. He refused. Around June 2012, Claimant was involuntarily transferred into the Patrol Borough Manhattan South Anti-Crime Unit by Respondent Assistant Chief Thomas Purtell (Caucasian Male). He was interested with improving his 'numbers.'

Claimant alleges that upon his arrival, Respondent Sergeant John Rajan (South-Asian Male) made his dislike of Hispanics quite clear. Additionally, while inside of the Patrol Borough Manhattan South Investigations Unit, Respondent Sergeant Rajan improperly and without authorization accessed Claimant's official department records, disclosing said information to others in the Patrol Borough Manhattan South Anti-Crime Unit including the nature of his sensitive assignment in the Intelligence Division. Claimant reported Respondent Sergeant Rajan's misconduct to the entire chain of command assigned to Patrol Borough Manhattan South up to and including Respondent Assistant Chief Purtell. Claimant also expressed concern about Respondent Sergeant Rajan's history of violent conduct towards others, exposing members of the service to needless excessive force and discourtesy complaints, physical injuries as well as civil rights lawsuits. There was never any action taken against Respondent Rajan.

Claimant alleges that on or about August 21, 2012, he sent a text message to Respondent Captain Thomas Traynor's (Caucasian Male) department cellular telephone expressing his concern about Respondent Sergeant Rajan's history of violent conduct, as well as complaining about him accessing and disclosing the contents of his official department records to others. Claimant alleges that, none of the other members of the service wanted to work with Respondent Sergeant Rajan. Eventually, Respondent Captain Traynor told him that he ordered Respondent Sergeant Rajan to run a P.E.P.E.R. on him. Claimant alleges that Respondent Captain Traynor is lying but, if he did, Respondent Captain Traynor's conduct would be in violation of department policy. Claimant alleges that Respondent Captain Traynor and Sergeant Rajan are close friends therefore Respondent Captain Traynor is willing to cover-up Respondent Sergeant Rajan's misconduct.

Claimant alleges that on or about February 21, 2013, during a meeting at Patrol Borough Manhattan South with Respondents' Assistant Chief Purtell; Inspector Paul Piekarski (Caucasian

Male) and Lieutenant Frank Basendello, he repeated the same concerns reported to Respondent Captain Traynor. They collectively did nothing about Claimant's concerns.

Claimant alleges that on or about April 17, 2013, while inside of Patrol Borough Manhattan South, he told Respondents' Inspector Piekarski and Deputy Inspector D'Adamo that he did not feel comfortable working with Respondent Sergeant Rajan. Again, they did nothing about Claimant's concerns.

Claimant alleges that on or about April 18, 2013, while exiting Patrol Borough Manhattan South, for some unknown reason Respondent Sergeant Rajan tried to physically attack him but, was restrained by two (2) subordinate police officers. After breaking free, Respondent Sergeant Rajan threatened Claimant again. Respondent Lieutenant Jesus Romero (Hispanic Male) as the Integrity Control Officer was aware of Respondent Sergeant Rajan's misconduct but, did not discipline him or notify the Internal Affairs Bureau.

Claimant alleges that on or about April 19, 2013, while inside of Patrol Borough Manhattan South, Respondent Sergeant Rajan instigated another physical confrontation with him. Respondent Sergeant Rajan ordered subordinate police officers out of the Anti-Crime Office. Claimant ordered the police officers to suit up and prepare to go out on patrol. Respondent Sergeant Rajan physically bumped Claimant hard in his chest area and left shoulder. While Claimant's back was turned retrieving his police equipment from the department locker, Respondent Sergeant Rajan suddenly and without provocation physically and violently attacked him grabbing the shield and identification holder's metal chain hanging around his neck. Respondent Sergeant Rajan began choking Claimant the commotion became very loud as he attempted to free himself of Respondent Sergeant Rajan's stranglehold. Claimant yelled "You are hurting me!" During the commotion, Respondent Sergeant Rajan's actions caused Claimant to bang his head against the department locker. Respondent Sergeant Rajan's applied such great force that the metal chain exploded breaking into pieces. Police Officers Traci McLaughlin (Female), Eric Ahlfeld and Michael Bellagamba had to physically restrain and remove Respondent Sergeant Rajan from Claimant's neck. Respondent Sergeant Rajan then suddenly and without provocation physically pushed Police Officer McLaughlin.

Claimant alleges that Respondent Sergeant Rajan then ran into the Patrol Borough Manhattan South Investigations Unit. Respondent Sergeant Rajan's friend Respondent Captain Deodat Urprasad (South-Asian Male) is the Commanding Officer of the unit, the same unit where Respondent Sergeant Rajan improperly and without authorization accessed Claimant's official department records. Both Respondents' are members of the NYPD Desi Society, the fraternal organization that represents South-Asian Officers, who have made it very clear in the past that they dislike Hispanics.

Claimant called Respondent Deputy Inspector D'Adamo. Respondent Deputy Inspector D'Adamo told Claimant that he was going to notify the Duty Captain. Claimant complained of pain in his neck, upper back and left shoulder. Claimant had very visible red marks around his neck consistent with strangulation. He complained that "something felt as if popped on the top part of his left shoulder." Claimant was transported to Bellevue Hospital via police vehicle by Police Officer Thomas Doonan. After several hours, Claimant was treated and released.

2

Claimant alleges that upon arrival back at the command, heavily medicated, he was met by Sergeant Benevolent Association's Manhattan North Delegate Respondent Sergeant Cliff Thieleke (Caucasian Male). Claimant requested an attorney. He was never supplied with an attorney. During the conversation with Respondent Sergeant Thieleke, Claimant was advised to lie. Respondent Sergeant Thieleke said "Whatever you do, do not mention the strangulation. If you do, you and Rajan will be suspended and arrested." Respondent Sergeant Thieleke told Claimant, that if he is arrested they will issue a Desk Appearance Ticket to him. Respondent Sergeant Thieleke also told Claimant, that he has worked with Respondent Deputy Chief James McNamara in the past and he assured him that Claimant would not be suspended as long as he does not bring up the strangulation. Claimant refused to lie. Despite the criminal conduct of Respondent Rajan, this matter was not referred to the Internal Affairs Bureau as required by department policy.

Claimant alleges that shortly thereafter, while heavily medicated, he was compelled to give an official statement during a department interview other employees' were interviewed as well thereby damaging any potential criminal case against Respondent Rajan. This order was implemented by Respondents' Assistant Chief Purtell; Deputy Chief McNamara; Inspector Piekarski, and Captain Nicole Papamichael (Caucasian Female). Claimant alleges that Respondents' Assistant Chief Purtell; Deputy Chief McNamara, Inspector Piekarski, and Captain Papamichael have covered up similar instances of police misconduct in the past.

Claimant alleges that Respondents' Captain Urprasad; Lieutenant Ariola (Caucasian Male); Lieutenant John Doe (Caucasian Male), and Sergeant George Ebrahim (Caucasian Male) intentionally violated department policy undertaking this criminal investigation.

Claimant alleges during the interview, Respondent Captain Papamichael grabbed him around the neck to simulate the attack of Respondent Sergeant Rajan questioning the validity of his claims while bragging about her skill in martial arts.

Claimant alleges that after the department interview concluded, he was placed on 'Modified Assignment.'

Claimant alleges that at no time did Respondents' Assistant Chief Purtell; Deputy Chief McNamara; Inspector Piekarski; Deputy Inspector D'Adamo; Captain Papamichael; Captain Urprasad; Lieutenant Ariola; Lieutenant Doe; Sergeant Ebrahim or Sergeant Thieleke ever notify the Office of Equal Employment Opportunity or the Internal Affairs Bureau about Claimant's concerns or Respondent Rajan's misconduct.

Claimant alleges that since April 26, 2013, he has sought emergency medical treatment on three (3) separate occasions. Claimant is in the process of consulting with other healthcare professionals about his injuries.

3